IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 345

| | | |
|---|---|---|
| TONYA R. CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| OAKLAND LIVING CENTER, INC., | ) | |
| ARLENE SMITH, MICHAEL SMITH, | ) | |
| and STEVE SMITH., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court *sua sponte*.

On December 3, 2018, Plaintiff filed her Complaint (Doc. 1) and a motion to proceed *in forma pauper*is (Doc. 2), which was granted.

Defendants subsequently filed a Motion to Dismiss, a Motion to Strike, and an Answer.

Plaintiff has filed two notices opting in to this District's Pro Se Settlement Assistant Program ("PSAP").

Plaintiff's election to participate in the PSAP is noted. However, as Defendants' Motions have been fully briefed, further proceedings under the PSAP will be **DEFERRED** pending the issuance of rulings on the Motions.

Signed: March 5, 2019

W. Carleton Metcalf
United States Magistrate Judge