IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 345

| | |
|---|---|
| TONYA R. CHAPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| OAKLAND LIVING CENTER, INC., ) | |
| ARLENE SMITH, MICHAEL SMITH, ) | |
| and STEVE SMITH, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion to Strike (Doc. 31), which requests an Order striking those exhibits filed by Plaintiff on November 18, 2019 (Doc. 30). The exhibits have not been submitted as attachments to a motion or brief but appear as a stand-alone filing.

Subsequent to the filing of the exhibits, counsel for Plaintiff appeared in this matter. The undersigned's chambers have been advised by counsel for Plaintiff that Plaintiff does not oppose the Motion.

Having considered the Motion and having reviewed the subject filing, the Court finds that the Motion should be allowed. Accordingly, Defendants' Motion to Strike (Doc. 31) is **GRANTED** and the Plaintiff's filing of November 18, 2019 (Doc. 30) is **STRICKEN**.

Signed: December 10, 2019

W. Carleton Metcalf
United States Magistrate Judge