# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:18-cv-00345-MR-WCM

TONYA R. CHAPMAN,

        Plaintiff,

vs.

OAKLAND LIVING CENTER, INC.,

        Defendant.

FILED
ASHEVILLE, NC
MAY 16 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## VERDICT SHEET

1. Did the Defendant subject the Plaintiff to a hostile work environment in July and August 2018 based on her race?

   Yes ✓     No ____

[If your answer to Issue No. 1 is "Yes," proceed to Issue No. 2. If your answer to Issue No. 1 is "No," do not answer Issue Nos. 2 and 3. Instead, have your foreperson sign and date this Verdict Sheet and return it to the Court.].

2. Was the Plaintiff constructively discharged from her employment with the Defendant in August 2018?

Yes ____    No ✓

[If you answered "Yes" to Issue No. 1 or "Yes" to both Issue No. 1 and Issue No. 2 in favor of the Plaintiff, proceed to Issue No. 3].

3. What amount of damages is the Plaintiff entitled to recover of the Defendant?

$ 15,000

Your deliberations are now complete. Please have your foreperson sign and date this Verdict Sheet and return it to the Court.

THIS the 16th day of May 2023.

FOREPERSON