IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:18-cv-00345-MR-WCM

| | |
|---|---|
| TONYA R. CHAPMAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **JOINT STIPULATION OF** |
| | ) **VOLUNTARY DISMISSAL WITH** |
| OAKLAND LIVING CENTER, INC., | ) **PREJUDICE**<br>) |
| | ) |
| Defendant. | )<br>) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tonya R. Chapman and Defendant Oakland Living Center, Inc., by and through their undersigned counsel, stipulate that this action shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

This the 23rd day of June, 2023.

**/s/Spencer T. Wiles**
Spencer T. Wiles
N.C. State Bar No. 53664
swiles@robinsonbradshaw.com
**/s/ Julian H. Wright, Jr.**
Julian H. Wright, Jr.
N.C. State Bar no. 19345
jwright@robinsonbradshaw.com
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

**/s/William J. McMahon, IV**
William J. McMahon, IV
N.C. State Bar No. 34097
bmcmahon@constangy.com
**/s/ Jill S. Stricklin**
Jill S. Stricklin
N.C. State Bar No. 20145
jstricklin@constangy.com
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
One West Fourth Street, Suite 850

T: (704) 377-2536  
F: (704) 387-4000

*Attorneys for Plaintiff*

Winston-Salem, NC 27101  
T: 336-721-1001  
F: 336-748-9112

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Spencer T. Wiles
> Julian H. Wright, Jr.
> Robinson, Bradshaw & Hinson, P.A.
> 101 North Tryon Street, Suite, 1900
> Charlotte, NC 28246

This the 23rd day of June, 2023.

> **/s/William J. McMahon, IV**
> William J. McMahon, IV
> N.C. State Bar No. 34097
> CONSTANGY, BROOKS,
> SMITH & PROPHETE, LLP
> One West Fourth Street, Suite 850
> Winston-Salem, NC 27101
> Telephone: (336) 721-1001
> Facsimile: (336) 748-9112
> Email: bmcmahon@constangy.com